

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00155-CR

**STEPHEN SPICER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2007-1759-C1

## MEMORANDUM  OPINION

Stephen Spicer appealed his conviction for evading arrest or detention in a vehicle. *See* TEX. PENAL CODE ANN. § 38.04 (West Supp. 2012). On May 20, 2013, Spicer filed a motion to dismiss this appeal. Both Spicer and his attorney have signed the motion.

Spicer's motion is granted; thus, this appeal is hereby dismissed. *See* TEX. R. APP. P. 42.2(a).

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed May 30, 2013
Do not publish
[CR25]